CYNTHIA CIAMBRONE v. STATE OF NEW JERSEY,
DEPARTMENT OF TRANSPORTATION.

September 26, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 101).

BOARD OF POLICE COMMISSIONERS, CITY OF EAST ORANGE
v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S
RETIREMENT SYSTEM AND ANTHONY DI MUZIO.

September 26, 1989.

Petition for certification denied.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
v. VIRGINIA DALTON, ET AL.

September 26, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 128).

MICHAEL HEIM, ETC., ET AL. v. THE DAILY &
SUNDAY COURIER–POST.

September 26, 1989.

Petition for certification denied.